**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **A.S.,**<br>*Petitioner*,<br>v.<br><br>**LUIS SOTO,**<br>**in his official capacity as the Delaney Hall Detention Center Warden;**<br><br>**MARKWAYNE MULLIN,**<br>**in his official capacity as Secretary, U.S. Department of Homeland Security;**<br><br>**DAVID VENTURELLA,**<br>**in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;**<br><br>**ARTHUR WILSON,**<br>**in his official capacity as interim Acting Field Office Director for U.S. Immigration and Customs Enforcement in Newark, New Jersey;**<br>**TODD BLANCHE,**<br>**in his official capacity as Acting Attorney General, U.S. Department of Justice.**<br><br>***Respondents.*** | No. 1:26-cv-08346-ESK<br><br>**ORDER ADMITTING MARGARET W. MEYERS *PRO HAC VICE*** |

**THIS MATTER** having been opened to the Court on petitioner A.S.'s Motion for Admission Pro Hac Vice of Margaret W. Meyers (ECF No. 6), and the Court having considered the Notice of Motion and the Declaration of Margaret W. Meyers in support thereof, and for good cause shown,

**IT IS** on this 10th day of July 2026,

**ORDERED** that Margaret W. Meyers be permitted to appear pro hac vice on behalf of petitioner in the above-captioned matter pursuant to Local Rule 101.1(c) and the individual practices of this Court; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Rachel S. Mechanic, who shall be held responsible for said papers, and for the conduct of the case, and who shall be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Margaret W. Meyers shall pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28- 2(a), and 1:28B-1(e); and it is further

**ORDERED** that Margaret W. Meyers will make a payment of $250.00 to the Clerk of the Court of the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Margaret W. Meyers shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1 Discipline of Attorneys; and it is further

**ORDERED** that Margaret W. Meyers is deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee, Rule 1:21-7, governing contingent fees, as amended; and it is further

**ORDERED** that, in accordance with L. Civ. R. 101.1(c)(1), Margaret W. Meyers shall notify the Court promptly of any matter affecting their standing at the bar of any other court.

***/s/ Edward S. Kiel***
**Edward S. Kiel**
**United States District Judge**