**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **A.S.,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**LUIS SOTO, et al.,**<br><br>**Respondents.** | **Case No. 26–cv–08346–ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on petitioner A.S.'s petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition) (ECF No. 1); respondents having opposed the Petition (ECF No. 14); and for the reasons stated in the accompanying Opinion; and for good cause appearing,

**IT IS** on this **8th** day of **September 2026** **ORDERED** that:

1. The Petition at ECF No. 1 is denied.

2. Any restrictions on petitioner's location imposed by this Court are lifted.

3. The Clerk shall close these proceedings.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**